UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ARMAND NUNZIATO and
KRISTINA NUNZIATO,

    Plaintiffs,

v.                                    Case No.  8:10-cv-1281-T-30EAJ

HARTFORD FIRE INSURANCE
COMPANY,

    Defendant.
_____/

## ORDER

THIS CAUSE comes before the Court upon Defendant Hartford Fire Insurance Company, Inc.'s Motion to Strike Plaintiffs' Reply to Defendant's Affirmative Defenses (Dkt. #5).  Plaintiffs did not file a response to the motion.

Plaintiffs originally filed this action in Florida state court on September 11, 2009.  On June 7, 2010, Defendant removed the case to this Court on the basis of diversity jurisdiction.  The Motion to Strike that is presently before the Court was filed in state court but remained pending at the time of removal.

Defendant argues that Plaintiffs' Reply to the affirmative defenses should be stricken for failure to comply with Florida rules of civil procedure.  Those rules do not apply in Federal Court.  However, Federal Rule of Civil Procedure 7(a) requires a court order before a reply to an answer may be filed.  Though the Reply was filed in state court, the federal

procedural rules apply when ruling on motions before this Court.  No court order was issued allowing the Reply to Defendant's Affirmative Defenses.

It is therefore ORDERED AND ADJUDGED that:

1. Defendant's Motion to Strike Plaintiffs' Reply to Defendant's Affirmative Defenses (Dkt. #5) is **GRANTED**.

2. The Clerk is directed to strike Plaintiffs' Reply to Affirmative Defenses (Dkt. #4) from the record.

**DONE** and **ORDERED** in Tampa, Florida on August 4, 2010.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2010\10-cv-1281.motion to strike.frm